VIRGINIA DEL ROSSI ET AL. *v.* THE HOOKER HOTEL, INC.

HOUSE, C. J., SHAPIRO, LOISELLE, MACDONALD and BOGDANSKI, Js.

Argued February 7—decided February 7, 1973

*Dennis J. O'Brien,* with whom were *Raymond R. Norko,* and, on the brief, *John A. Dziamba,* for the appellants (plaintiffs).

*Richard P. Kuzmak,* for the appellee (defendant).

PER CURIAM. This appeal has no merit whatsoever and the manner of its presentation is in almost complete disregard of the rules of practice.

There is no error.